No. 22-13340

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

SEDONA PARTNERS LLC,

*Plaintiff-Appellant*,

and

ABLE MOVING & STORAGE, INC.; ARPIN INTERNATIONAL GROUP, INC.; CARTWRIGHT INTERNATIONAL VAN LINES, INC.; COLEMAN AMERICAN MOVING SERVICES, INC.; DEWITT COMPANIES LIMITED, LLC; HILLDRUP COMPANIES, INC.; J.K. MOVING & STORAGE INC.; NEW WORLD INTERNATIONAL, LTD.; PARAMOUNT TRANSPORTATION SYSTEMS; PAXTON VAN LINES, INC.; AND WESTERN EXPRESS FORWARDING, LLC,

*Defendants-Appellees*.

Appeal from the United States District Court, Southern District of Florida

Case No. 1:20-cv-23242-BB (Hon. Beth Bloom)

## JOINT MOTION TO DISMISS DEFENDANT-APPELLEE COLEMAN AMERICAN MOVING SERVICES, INC.

| | |
|---|---|
| JUSTIN T. BERGER (CA 250346) | ADAM T. RABIN (SBN 985635) |
| jberger@cpmlegal.com | arabin@rkjlawgroup.com |
| SARVENAZ J. FAHIMI (CA 226148) | HAVAN M. CLARK (SBN 1026390) |
| sfahimi@cpmlegal.com | hclark@rkjlawgroup.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | **RABIN KAMMERER JOHNSON** |
| San Francisco Airport Office Center | 1601 Forum Place, Suite 201 |
| 840 Malcolm Road | West Palm Beach, FL 33401 |
| Burlingame, CA 94010 | Telephone: (561) 659-7878 |
| Telephone: (650) 697-6000 | |

*Attorneys for Plaintiff-Appellant Sedona Partners LLC*

| | |
|---|---|
| Thomas C. Hill (DC 242974)<br>Thomas.hill@pillsburylaw.com<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>1200 Seventeenth Street NW<br>Washington, DC 20036 | Aryeh Lev Kaplan (FL 60558)<br>Aryeh.kaplan@pillsburylaw.com<br>Ariella Josefsberg Ederi (FL 1002965)<br>Ariella.ederi@pillsburylaw.com<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>600 Brickell Ave, Suite 3100<br>Miami, FL 33131 |

*Attorneys for Defendant-Appellee Coleman American Moving Services, Inc.*

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT (CIP)

Sedona Partners, LLC _vs._ Able Moving and Storage, Inc., et al.     Appeal No. 22-13340

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

No such subsidiary, conglomerate, affiliate, parent corporation, or publicly held corporation that owns 10% or more of the party's stock exists to disclose.

Rev.: 12/20

TO ALL PARTIES AND THE COURT:

Plaintiff-Appellant SEDONA PARTNERS LLC ("Sedona") and Defendant-Appellee Coleman American Moving Services, Inc. ("Coleman") hereby agree to dismiss with prejudice Coleman from the appeal pending before this Court. Sedona and Coleman further agree to each bear their own costs and fees.

The United States consents to dismissal of the appeal as related to Coleman. While such dismissal is with prejudice as to Sedona, the dismissal is without prejudice as to the United States.

Dated: November 4, 2022          Respectfully submitted,

                 */s/ Justin T. Berger*
COTCHETT, PITRE & MCCARTHY, LLP
Justin T. Berger (CA 250346)
Sarvenaz J. Fahimi (CA 226148)
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010

RABIN KAMMERER JOHNSON
Adam T. Rabin (FL 985635)
Havan M. Clark (FL 1026390)
1601 Forum Place, Suite 201
West Palm Beach, FL 33401

*Attorneys for Plaintiff-Appellant Sedona Partners LLC*

///

///

1

Dated: November 4, 2022    Respectfully submitted,

        */s/ Thomas C. Hill*
PILLSBURY WINTHROP SHAW PITTMAN LLP
Thomas C. Hill (DC 242974)
1200 Seventeenth Street NW
Washington, DC 20036

PILLSBURY WINTHROP SHAW PITTMAN LLP
Aryeh Lev Kaplan (FL 60558)
Ariella Josefsberg Ederi (FL 1002965)
600 Brickell Ave, Suite 3100
Miami, FL 33131

*Attorneys for Defendant-Appellee Coleman American Moving Services, Inc.*