UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-13340-W
Case Style: Sedona Partners LLC v. Able Moving & Storage Inc., et al
District Court Docket No: 1:20-cv-23242-BB

Counsel should be prepared to discuss the following issue at oral argument:

**Does a rule prohibiting a relator from using in an amended complaint information learned through discovery improperly supplement the Federal Rules of Civil Procedure by adding a new requirement?** *Cf. Jones v. Bock*, **549 U.S. 199, 224 (2007);** *Hill v. McDonough*, **547 U.S. 573, 582 (2006).**

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

LetterHead Only